RECEIVED
OCT 16 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. 05-20110-02 |
| VERSUS | * JUDGE DOHERTY |
| AMIR DAWOODANI | * MAGISTRATE JUDGE HILL |

### FINAL JUDGMENT OF FORFEITURE

WHEREAS, on April 7, 2006, this Court entered an Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 982(b)(2) and 21 U.S.C. § 853(n), based upon the Plea Agreement and Consent Decree of Forfeiture entered by the defendant;

AND WHEREAS, on August 16, 23, and 30 of 2006, the United States published in The Lake Charles American Press, a Lake Charles newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the properties described in this Court's April 7, 2006 Preliminary Order of Forfeiture;

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

A. That all right, title and interest to the $9,520.00 which the defendant AMIR DAWOODANI stipulated was obtained as a result of and used to facilitate the criminal scheme charged in Counts 2 and 3 of the Superseding Indictment filed on August 10, 2005 to which he pled guilty, are hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law by the Fines, Penalties and Forfeitures Division of the U.S. Customs & Border Protection.

The Clerk is hereby directed to send copies of this Order to all counsel of record and the U.S. Customs & Border Protection, 423 Canal Street, Room 207, New Orleans, LA 70130.

SO ORDERED this 16 day of October 2006 at Lafayette, Louisiana.

_____
REBECCA F. DOHERTY
United States District Judge